IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:13CR396 |
| ) | |
| DONALD JAMES WILSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Rule 17.1 conference, presently set for February 4, 2014 for further order of the Court. Defendant requests that he be ordered to appear for an arraignment on the Superseding Indictment on February 18, 2014, at 1:30 p.m. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted, however, the hearing will be scheduled for February 18, 2014 at 2:00 p.m.

IT IS THEREFORE ORDERED, that the Rule 17.1 conference shall be continued for further order of the court and an arraignment on the Superseding Indictment will occur on February 18, 2014, at 2:00 p.m. The defendant is ordered to appear at said time.

DATED this 28th day of January, 2014.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge