IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  8:13CR396 |
| ) | |
| DONALD JAMES WILSON, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Continue Arraignment, presently set for February 18, 2014, until March 3, 2014, at 1:30 p.m.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED, that the arraignment presently set for February 18, 2014, shall be continued until March 3, 2014, at 1:30 p.m. The defendant is ordered to appear at said time.

DATED this 18th day of January, 2014.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge